UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

                                          Case No. 14-CR-20515-01-DT

                                          HON. ROBERT H. CLELAND

ZAFAR MEHMOOD,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## TO ADJOURN THE TRIAL DATE

This matter is before the court on Defendant's Motion to Adjourn the Trial Date filed on December 1, 2014. The Assistant United States Attorney has declined to agree to a long adjournment but has no objections to a new trial date. Therefore,

IT IS ORDERED that the trial will be rescheduled to **January 12, 2015 at 9:00 a.m. The Final Pretrial/Plea Cutoff is rescheduled to December 19, 2014 at 9:30 a.m.**

IT IS FURTHER ORDERED that the time period from **December 15, 2014 to January 12, 2015** shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

                                                   S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 8, 2014, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522