# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

         Plaintiff,

v.

ZAFAR MEHMOOD,

         Defendant.

_____/

Case No. 14-cr-20515

HON. ROBERT H. CLELAND

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR DISCLOSURE AND DEFENDANT'S MOTION REGARDING RETENTION OF AGENTS' ROUGH NOTES

Pending before the court are a Motion for Disclosure Pursuant to FRE 404(b) (Dkt. # 10) and a Motion and Notice to Government Regarding Retention of Agents' Rough Notes (Dkt. # 12), both filed on December 1, 2014.  Although Defendant indicated in both motions that "[t]he government does not agree to the relief requested," the government has filed a response indicated that "the United States has already directed agents to preserve all rough notes related to this case . . . ."  (Dkt. # 14, Pg. ID 42).  In addition, the government reaffirmed its awareness of and willingness to comply "with the notice requirements under Fed. R. Evid. 404(b)."  Accordingly,

IT IS ORDERED that Defendant's Motion for Disclosure Pursuant to FRE 404(b) (Dkt. # 10) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendant's Motion and Notice to Government Regarding Retention of Agents' Rough Notes (Dkt. # 12 ) is DENIED AS MOOT.

         S/Robert H. Cleland
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 22, 2014, by electronic and/or ordinary mail.


 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522